| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LENARD, JOAN A | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF FLORIDA | 3. Date of Report<br><br>5/1/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE-(ACTIVE) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ● Annual    ◯ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>301 NORTH MIAMI AVENUE<br>7TH FLOOR<br>MIAMI, FLORIDA 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN(VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |

RECEIVED May 7 12 48 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | ███████FACULTY████████████████ |
| 2. | 2003 | GENERAL COUNSEL,MIAMI-DADE LEAGUE OF CITIES |
| 3. | 2003 | ████ATTORNEY███████████████ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | █████SCHOOLS | ██████TUITION AND EXPENSES | ██ |
| 2. | BROWARD & MARION COUNTIES | VACANT LAND | ██ |
| 3. | STD LIFE,SKYLAKE BK,COLONIAL BK | WAREHOUSE PROPERTIES | ██ |
| 4. | NATIONSBK,AMRESCO | VACANT LAND/OUTPARCELS | ██ |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. WACHOVIA BANK #1 | | Interest | | T | | | | | |
| 2. #2 | | Interest | | T | | | | | |
| 3. #3 | | Interest | | T | | | | | |
| 4. #4 | | Interest | | T | | | | | |
| 5. BANK ATLANTIC | | Interest | | T | | | | | |
| 6. SOUTHTRUST #1 | | Interest | | T | | | | | |
| 7. #2 | | Interest | | T | | | | | |
| 8. VANGUARD PRIME MONEY MARKET FUND | | Dividend | | T | | | | | |
| 9. VANGUARD TAX-EXEMPT MONEY MARKET FUND | | Dividend | | T | | | | | |
| 10. VANGUARD FLORIDA INSURED LONG-TERM TAX-EXEMPT FUND | | Dividend | | T | | | | | |
| 11. VANGUARD HIGH-YIELD TAX EXEMPT FUND | | Dividend | | T | | | | | |
| 12. NORTHEAST INV.TRUST | | Dividend | | T | | | | | |
| 13. STOCKS/SECURITIES | | | | | | | | | |
| 14. DETROIT EDISON-COMMON | | Dividend | | T | | | | | |
| 15. NI SOURCE-COMMON | | Dividend | | T | | | | | |
| 16. GYRODYNE CO'S.-COMMON | | None | | T | | | | | |
| 17. PRIME HOSPLTY.-COMMON | | None | | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. A T & T-COMMON | | Dividend | | T | | | | | |
| 19. AT&T WIRELESS-COMMON | | None | | T | | | | | |
| 20. AGERE SYSTEMS-COMMON | | None | | T | | | | | |
| 21. AVAYA-COMMON | | None | | T | | | | | |
| 22. BELLSOUTH CORP.-COMMON | | Dividend | | T | | | | | |
| 23. BOEING-COMMON | | Dividend | | T | | | | | |
| 24. CHARTER COMM.-COMMON | | None | | T | | | | | |
| 25. CMS ENERGY-COMMON | | None | | T | | | | | |
| 26. CONS.EDISON-COMMON | | Dividend | | T | | | | | |
| 27. CTRYWIDE FINANCIAL CORP.-COMMON | | Dividend | | T | | | | | |
| 28. CROMPTON CORP.-COMMON | | Dividend | | T | | | | | |
| 29. DYNEGY ENERGY-COMMON | | None | | T | | | | | |
| 30. DUFF & PHELEPS-COMMON | | Dividend | | T | | | | | |
| 31. FPL CORP.-COMMON | | Dividend | | T | | | | | |
| 32. INTEL CORP.-COMMON | | Dividend | | T | | | | | |
| 33. LUCENT TECH.-COMMON | | None | | T | | | | | |
| 34. KEYSPAN CORP.-COMMON | | Dividend | | T | | | | | |
| 35. NOKIA CORP. | | Dividend | | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100.001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. SCHRNG PLGH-COMMON | | Dividend | | T | | | | | |
| 37. SUN MICROSYSTEMS, INC.-COMMON | | None | | T | | | | | |
| 38. VODAPHONE-COMMON | | Dividend | | T | | | | | |
| 39. VERIZON COMM.-COMMON | | Dividend | | T | | | | | |
| 40. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 41. SBC COMMUN.-COMMON | | Dividend | | T | | | | | |
| 42. QUEST COMM.-COMMON | | None | | T | | | | | |
| 43. AT&T-COMMON | | Dividend | | T | | | | | |
| 44. CISCO-COMMON | | None | | T | | | | | |
| 45. ORACLE-COMMON | | None | | T | | | | | |
| 46. BANK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 47. VOICE FLASH NTWRK | | None | | T | BANKRUPT | 12/15 | | | |
| 48. BLACKROCK FL MUNICIPAL FUND | | Interest | | T | | | | | |
| 49. SPANISH BROADCASTING SYSTEM-COMMON | | None | | T | | | | | |
| 50. COMCAST CORP.-COMMON | | None | | T | | | | | |
| 51. INVESTMENT PROJECTS | | | | | | | | | |
| 52. PALISADES BSEBLL,CA | | Distribution | | U | DISTRIBUTION | 8/20 | | | |
| 53. DIXON-ALSUDA,FL | | None | | U | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. ESTRIN-WNSTN,FL | | None | | U | SOLD | 6/1 | | | THE SANCTUARY, |
| 55. FORTY-ONE SIXTY,LTD.,FL | | None | | U | | | | | |
| 56. SWEETWATER,LTD.,FL | | None | | U | | | | | |
| 57. NL LAND:PTNRS,FL | | None | | U | SOLD | 6/26 | | | CORNER-STONE PROP. |
| 58. PIER ONE IMPT/,FL | | Rent | | U | | | | | |
| 59. COMM'L DEVLP/LEHMN,FL | | Rent | | U | | | | | |
| 60. COMM'L DEVLP/PROJ84,FL | | Rent | | U | | | | | |
| 61. COMM'L DEVLP/CRNVL,FL | | Rent | | U | | | | | |
| 62. NMB CMMRC CTR.LLC,FL | | Rent | | U | | | | | |
| 63. SELECT FUNDING ASSOC.,FL | | Interest | | T | | | | | |
| 64. SELECT/PEABODY,MA | | Rent | | U | | | | | |
| 65. SELECT/ATTLEB.,FL | | Rent | | U | | | | | |
| 66. RETIREMENT ACCOUNTS | | | | | | | | | |
| 67. OPPENHEIMER FUNDS: M/MF #1 | | Interest | | T | | | | | |
| 68. GNMA #2 | | Dividend | | T | | | | | |
| 69. EVERGREEN FUND | | None | | T | | | | | |
| 70. EVERGREEN EQUITY INCOME FUND | | None | | T | | | | | |
| 71. FEDERATED KAUFMANN FUND | | None | | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 72. FIDELITY (IRA) | | Interest | | T | | | | | |
| 73. GENERAL ELECTRIC-COMMON | | Dividend | | T | | | | | |
| 74. FL-DEF.BEN.PNSN.(VESTED) | | None | | W | | | | | |
| 75. FL-DEFERR. COMP.PLN | | Interest | | T | | | | | |
| 76. ICMA-401 PENSION | | Interest | | T | | | | | |
| 77. ICMA-457 DEF.COMP. | | Interest | | T | | | | | |
| 78. FIDELITY ANNUITY | | None | | T | | | | | |
| 79. OPPENHEIMER FDS: M/MF#1 | | Interest | | T | | | | | |
| 80. GMMA #2 | | Dividend | | T | | | | | |
| 81. FIDELITY CASH RES. | | Interest | | T | | | | | |
| 82. CROPMTON CORP.-COMMON | | Dividend | | T | | | | | |
| 83. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 84. LUCENT TECH.-COMMON | | None | | T | | | | | |
| 85. EDISON INT.-COMMON | | None | | T | | | | | |
| 86. UNISOURCE-COMMON | | Dividend | | T | | | | | |
| 87. CISCO-COMMON | | None | | T | | | | | |
| 88. HEWLETT-PACKARD-COMMON | | Dividend | | T | | | | | |
| 89. GENERAL ELECTRIC-COMMON | | Dividend | | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. | | | | | | | | | |
| 91. OTHER ACCOUNTS | | | | | | | | | |
| 92. CON.EDISON-COMMON | | Dividend | | T | | | | | |
| 93. CATS/ZERO COUPON | | Interest | | T | | | | | |
| 94. WENDY'S-COMMON | | Dividend | | T | | | | | |
| 95. BERGER INFORMATION TECH FUND | | None | | T | | | | | |
| 96. BERGER MID CAP GROWTH | | None | | T | | | | | |
| 97. BERGER SMALL COMPANY GROWTH FUND | | None | | T | | | | | |
| 98. BERGER GROWTH FUND | | Dividend | | T | | | | | |
| 99. BERGER LARGE CAP GROWTH FUND | | Dividend | | T | | | | | |
| 100. JANUS FUND | | None | | T | | | | | |
| 101. JANUS TWENTY FUND | | Dividend | | T | | | | | |
| 102. AMERICAN CENTRY GROWTH FUND | | None | | T | | | | | |
| 103. AMERICAN CENTURY GIFT TRUST | | None | | T | | | | | |
| 104. U.S.SAVINGS BONDS | | Interest | | T | | | | | |
| 105. ISRAELI SAVNGS BONDS | | Interest | | W | | | | | |
| 106. 4-FL PREPAID TUITION PLANS | | None | | W | | | | | |
| 107. CROMPTON CORP.-COMMON | | Dividend | | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. BOCA RESORTS-COMMON | | None | | T | | | | | |
| 109. NEUBERGER & BERMAN GUARDIAN FUND | | Dividend | | T | | | | | |
| 110. NEUBERGER & BERMAN TECHNOLOGY FUND | | None | | T | | | | | |
| 111. COCACOLA ENT.-COMMON | | Dividend | | T | | | | | |
| 112. AUTONATION-COMMON | | None | | T | | | | | |
| 113. BK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 114. VIACOM -COMMON | | None | | T | | | | | |
| 115. CRNRSTONE PROP.-COMMON | | None | | T | BANKRUPT | 11/5 | | | |
| 116. PRUDENTIAL EDUCATIONAL IRA'S | | | | | | | | | |
| 117. SELIGMAN COMMUNICATION & INFORMATION FUND | | None | | T | | | | | |
| 118. ALLIANCE TECHNOLOGY FUND | | None | | T | | | | | |
| 119. DAVIS FINANCIAL FUND | | None | | T | | | | | |
| 120. DAVIS N.Y. VENTURE FUND | | None | | T | | | | | |
| 121. DELL INC.(FORMERLY DELL COMPUTER)- COMMON | | None | | T | NAME CHANGE | 7/22 | | | |
| 122. SEMPRA ENERGY-COMMON | | Dividend | | T | | | | | |
| 123. CONSTELLATION ENRGY-COMMON | | Dividend | | T | | | | | |
| 124. DISNEY CORP.-COMMON | | Dividend | | T | | | | | |
| 125. BP AMOCO-COMMON | | Dividend | | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A | 5/1/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 126. CITIZENS COMM.-COMMON | | None | | T | | | | | |
| 127. DAIMLERCHRYSLER-COMMON | | Dividend | | T | | | | | |
| 128. EXELON CORP.-COMMON | | Dividend | | T | | | | | |
| 129. NORTHEAST UTILITIES-COMMON | | Dividend | | T | | | | | |
| 130. PG&E CORP.-COMMON | | None | | T | | | | | |
| 131. CISCO-COMMON | | None | | T | | | | | |
| 132. COMCAST-COMMON | | None | | T | | | | | |
| 133. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LENARD, JOAN A | 5/1/04 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LENARD, JOAN A | 5/1/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date May 4, 2004

NOTE: A̶̶̶̶DIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544